IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILBERTO BELARDO,** | Case No. C 14-02496 YGR (PR) |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **KIM HOLLAND, Warden,** | |
| Respondent. | |

Good cause appearing, respondent may have until **November 24, 2014**, in which to file a response to the order to show cause. Petitioner may file a traverse **sixty (60) days** after receipt of the answer or response.

Dated: October 3, 2014

_____
The Honorable Yvonne Gonzalez Rogers
United States District Court Judge

1

P:\PRO-SE\YGR\HC.14\Belardo2496.EOT-answer.doc